**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 10, 2026

Mr. Rafael Patrick McLaughlin
Reminger
200 Public Square
Suite 1200
Cleveland, OH 44114

Mr. David P. Meyer
Law Office
1320 Dublin Road
Suite 100
Columbus, OH 43206

Re: Case No. 26-3721
*Dawson Price, et al v. Glenmede Trust Company, N.A.*
Originating Case No. 3:25-cv-02044

Dear Counsel,

This appeal has been docketed as case number **26-3721** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 24, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens

Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3721**

DAWSON PRICE; BLAKE PRICE; CHASE EPSTEIN; CAROLINE EPSTEIN

Plaintiffs - Appellants

v.

GLENMEDE TRUST COMPANY, N.A.

Defendant - Appellee